### *Kibbe and Titus* v. *Stoddard.*

EMOTT moved in this cause for judgment on a frivolous demurrer, on which account he claimed a priority, upon a simple notice of bringing on the cause to argument.

*Per Curiam.* Your notice should have stated that you meant to apply on account of the frivolousness of the demurrer, otherwise you cannot gain any preference.

### *Williams* v. *Green.*

IT was ruled that a circuit court cannot order a cause to be referred under the statute.* That any award, therefore, under a rule for a reference granted at a circuit, must be set aside, but without costs, as the rule, though a nullity, is an act of the court.

* Act for the amendment of the law, 1 Rev. Laws, 346. sec. 2.

### *Coffin, Executor,* v. *Tracy.*

IN error from a 10 pound court, the defendant relied on the now plaintiff's having confessed judgment in the inferior tribunal, and, therefore, this case was distinguishable from those, in which the court had determined an executor could not sue before a justice of the peace.

*Per Curiam.* Consent will take away error, but neither that nor confession will give jurisdiction.

N. B. This cause was tried in the court below before the act of the last session.